# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH WILLIAM BALIK,<br>    Plaintiff,<br>v.<br>CITY OF LAS VEGAS, et al.,<br>    Defendants. | Case No. 2:21-cv-01701-RFB-NJK<br>**ORDER**<br>[Docket No. 8] |

Pending before the Court is Plaintiff's motion for electronic filing. Docket No. 8. A *pro se* litigant may request authorization to register as an electronic filer in a specific case. Local Rule IC 2-1(b). For good cause shown, Plaintiff's request for permission to file electronically is **GRANTED** for this case only subject to the following:

- No later than November 18, 2021, Plaintiff must file a certification that he has completed the CM/ECF tutorial and is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[1]

- Plaintiff is not authorized to file electronically until his/her certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: October 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The tutorial, Electronic Case Filing Procedures, and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.