UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH WILLIAM BALIK,<br>    Plaintiff,<br>v.<br>CITY OF LAS VEGAS, et al.,<br>    Defendants. | Case No.: 2:21-cv-01701-RFB-NJK<br>**ORDER**<br>[Docket No. 13] |

Pending before the Court is Plaintiff's motion to proceed *in forma pauperis*. Docket No. 13. Plaintiff submits that he was allowed to proceed *in forma pauperis* in this action in Nevada state court prior to its removal to this Court. *Id.* at 3-4. Plaintiff therefore asks this Court to allow him to proceed *in forma pauperis* so that he can apprise himself of service by the United States Marshals pursuant to Federal Rule of Civil Procedure 4(c)(3). *Id.* at 1-4.

Defendants have removed the instant case to this Court and paid the filing fee. Docket No. 1. Plaintiff fails to demonstrate that it is proper for the Court to make an *in forma pauperis* determination for a non-removing, or non-filing, party. Further, Plaintiff fails to file an application to proceed *in forma pauperis* on this Court's required form. *See* Docket. While *pro se* filings must be construed more liberally than those filed with the assistance of counsel, *see Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), the Court only considers well-developed arguments. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013).

Accordingly, the Court **DENIES** Plaintiff's motion without prejudice. Docket No. 13. Any future motion must be supported by supporting points, authorities, and argument demonstrating that it is proper for the Court to enter an order allowing Plaintiff to proceed *in forma*

*pauperis* under the circumstances of this case. Additionally, any future request must include a complete application to proceed *in forma pauperis* using this Court's standard form, which can be found on the Court's website.

IT IS SO ORDERED.

Dated: October 22, 2021

                                                                  _____
                                                                  Nancy J. Koppe
                                                                  United States Magistrate Judge