UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEREMIAH WILLIAM BALIK,<br>    Plaintiff,<br>v.<br>CITY OF LAS VEGAS, et al.,<br>    Defendants. | Case No.: 2:21-cv-01701-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 29] |

Pending before the Court is Plaintiff's proposed discovery plan and scheduling order.[1] Docket No 29. The Local Rules require the submission of a discovery plan created and agreed upon by all the parties. Local Rule 26-1(a). The presumptively reasonable discovery period is 180 days unless special scheduling is specifically presented to the Court for consideration. *Id*. The discovery plan must include the deadlines required by Local Rule 26-1(b), including the overall discovery cut-off date, the deadline to amend the pleadings and add parties, the expert disclosure deadlines, and the various certifications about alternative forms of case disposition and electronic evidence.

Here, Plaintiff's individual discovery plan fails to include most of the dates and any of the certifications required by Local Rule 26-1(b). Plaintiff's proposed discovery plan also seeks an eight-month discovery period without providing justification for why special scheduling longer than the presumptively reasonable 180-day discovery period is warranted. *See* Local Rule 26-1(a).

---

[1] Plaintiff filed this discovery plan as a joint stipulated discovery plan; however, he is the only party that has signed it. Accordingly, the Court will treat this as an individual discovery plan and not a joint stipulated discovery plan.

Accordingly, Plaintiff's individual proposed discovery plan, Docket No. 29, is hereby **DENIED** without prejudice.  The parties must submit a joint proposed discovery plan in compliance with the Court's Local Rules and the Federal Rules of Civil Procedure, no later than November 6, 2021.  To the extent special scheduling review is sought therein, a specific showing must be made as to why the presumptively reasonable deadlines should not apply, based on the particular circumstances of this case, and why the dates requested are reasonable.

IT IS SO ORDERED.

Dated: October 25, 2021

_____
Nancy J. Koppe
United States Magistrate Judge